**FILED**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JAN 1 4 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| Anthony Antonin Martin *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No. 08 0068 |
| | ) |
| U.S. Government of the District of | ) |
| Columbia, *et al.*, | ) |
| | ) |
| Defendants | ) |

**ORDER**

The Court has permitted the complaint, submitted by four federal prisoners in Beaumont, Texas, to be provisionally filed in the above-captioned action. Only one plaintiff, Anthony Antonin Martin, has submitted an application to proceed *in forma pauperis*. Before the Court will consider the application to proceed *in forma pauperis* and the complaint, each remaining plaintiff, Dwain Mercer, Melvin Taylor-Bey and Michael Baoote, must provide the Court with his own application to proceed *in forma pauperis* and all plaintiffs must provide the following information.

In accordance with 28 U.S.C. § 1915, each plaintiff shall provide the Court with a certified copy of his trust fund account statement (or institutional equivalent) for the six-month period immediately preceding the filing of this complaint, obtained from the appropriate official of each prison at which plaintiff is or was confined.

The Court hereby advises each plaintiff that federal law requires a plaintiff in a civil action to pay a filing fee of $350. After submission of the trust fund information, the Court will determine each plaintiff's ability to pay the entire amount in one payment. If the Court

N                                                                                                    3

determines that no plaintiff has sufficient funds to pay the filing fee at one time, the Court will assess an initial partial filing fee for each plaintiff. After payment of the initial partial filing fee, monthly payments of 20 percent of the deposits made to each plaintiff's trust fund account during the preceding month will be forwarded to the clerk of the Court each time the account balance exceeds $10.00. Payments will continue until the filing fee for the case is paid. Accordingly, it is by the Court this ___2___ day of January 2008,

ORDERED that within **thirty (30) days** from the filing date of this Order, plaintiffs Dwain Mercer, Melvin Taylor-Bey and Michael Baoote shall submit a motion or application to proceed *in forma pauperis* and all plaintiffs shall provide a certified copy of his respective trust fund account statement (with ledger sheets or the equivalent thereof) covering the six-month period immediately preceding the filing of the complaint. Plaintiffs' failure to comply with this Order within the time provided will result in the Court's dismissal of the non-complying plaintiff and, if no one complies, dismissal of the case; and it is

FURTHER ORDERED that the Clerk include with Mercer's, Taylor-Bey's and Baoote's copy of this Order the form application to proceed *in forma pauperis*.

SO ORDERED.

_____
United States District Judge